**CRIMINAL CAUSE FOR PLEADING:**

<u>BEFORE: Allyne R. Ross, U.S.D.J.</u>   <u>DATE: 10/8/2021</u>   TIME: 11:30
<u>CR-20-278  ( ARR )</u>

<u>DEFT NAME: De**stin Burks**</u>                         #_____
     <u>x  present</u>     <u>___ not present</u>      <u>x  cust.</u>       <u>___ bail</u>

<u>DEFENSE COUNSEL: **Michael Padden**</u>_____
     <u>x  present</u>     <u>___ not present</u>      <u>___ CJA</u>   <u>___ RET.</u>   XLAS

**A.U.S.A.**: <u>Saritha Komatireddy</u>_____   CLERK: <u>D. La Salle</u>

Rep. <u>Georgette Betts</u>_____   OTHER: _____
INT:  <u>   (LANG.-         )                  </u>

xx   CASE CALLED.      ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx  SWORN      ___ ARRAIGNED  xx  INFORMED OF RIGHTS
         ___ WAIVES TRIAL BEFORE DISTRICT COURT

___   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___   SUPERSEDING INDICTMENT / INFORMATION FILED.
___   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___   DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___   DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F
      (Superseding) INDICTMENT/INFORMATION.
✓    DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
      _____ONE_____ Of the indictment.
XX    COURT FINDS FACTUAL BASIS FOR THE PLEA.
✓    SENTENCING SET FOR 2/17/2022 @ 1130am.

___   DEFT ENTER **NOT GUILTY PLEA**.
___   BAIL ___ SET  ___ CONTINUED FOR DEFT.
✓    DEFT CONTINUED IN CUSTODY.
___   CASE ADJOURNED TO_____  FOR _____
___   JURY SELECTION SET FOR _____  ___ BY MAG.
___   TRIAL SET FOR _____
___   **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
        CODE TYPE_____   START_____  STOP_____

      _____ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.

<u>OTHER: Plea agreement marked as government exhibit one; Plea
agreement returned to A.U.S.A.</u>