DF
20 CR 278

Greetings & Blessings!

At the arrival of this piece of paper, I wish you, your loved ones & the Court, the best states physically, mentally & spiritually!

First & foremost, I want to thank you for taking the time and consideration to read my letter. Your Honor, I Destin Burks, 24 year old African American male, born & raised in New York City. I come from a house of 2 parents & 6 children (5 boys & 1 girl). At the age of 7 or 8 my parents split, but I would go to my father house every weekend. I always enjoyed going to spend time with him (God Bless his Soul) and wish I still could. Five months of me being incarsirated, he passed away from kidney cancer. My mother is still in my life, she loves & misses me dearly.

At the start of my freshman year of high school, I dropped out of school. All my years before, I was a straight A student, student of the week, multiple weeks in a row, & student of the year 2 times. Since I've been incarsirated, I have been trying to get back on track with my education and get my G.E.D. Since the Covid-19 pandemic they say its no educational staff or there's not enough staff in the building to start back the programing. But that does not stop me from doing little work study's that don't get documented.

Your Honor, I did not get raised in the streets, nor did I get raised by the streets. But when my teenage years approached, I was exposed to the streets & I began exploring what I wasn't accoustumed to and began going down the wrong path & following the wrong people. I never needed to be in the streets, I was just an youth making the wrong decisions. I've learned that life is about making decisions.

Since I've been in federal custody, I met multiple people serving life sentences for making the wrong decision. Because of those decisions, they will never get the chance to be who they always wanted to be or do what they always wanted to do in life. Mrs. Ross, I never took time to ask myself what it is I want to do in life. So after one of those conversations with one of those (multiple life sentences inmates) I asked myself what do I want to be in life. With all honesty, I want to go home & build community centers. Through out the week my centers will run different programs. Mondays, we program on starting & owning your own business, Tuesdays, we cover real estate, how to find, buy, sell & rent propertys. Wendsdays some type of mentoring/counseling, for kids that don't have nobody to talk to at home. Thursday's, physical fitness, fridays we order food for the kids, saturday sports & Sunday video games. That is my plan. Alot of inmates go home without a plan, that's why they go home & do the same thing that got them in here. I refuse to be a part of those satistics any more.

I will not blame my enviorment for my past, I chose to do those things & I acccept full responcability for my actions & deeply apoligize. Your Honor, whatever amount of prison time you feel is apporiate for me, I will acccept & continue to seek knowledge that will help me reach my goals when I go home. As I said before life is about making choices, & I will choose to do the right thing. Once again thank for taking the time to read my letter.

— Destin Burks

Destin Burks - 92415063
700 Arch St.
Philadelphia, PA 19105
FDC Philadelphia

PHILADELPHIA PA 190
3 JUN 2022 PM 10 L

The Honorable Allyne R. Ross
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East, Room 1185
Brooklyn, N.Y. 11201-1818

⊕ Legal Mail