(ARR)

To: The Honorable    8-11-22
Allyne R. Ross

Greetings & Blessings!

Good day, to you and the Court Mrs. Ross. I am writing before you in regard to the "Abstract of Order for Pre Sentence Investigation". It is to my knowledge that, upon recieving P.S.R., I have up to 14 days to deliver in writing, any objections I wish to make pertaining to the P.S.R. My attorney recieved the report from probation & discussed it with me via telephone, at which time certain details in the report was left out. My Attorney, weeks later sent a copy of the report to me via Legal Mail, which I recieved already open & appeard to be photo copied. While reviewing the report myself, I realized there was important information & details in the report that was not discussed or explained to me by my attorney. Therefore, I am writing before you to inform you that I recieved the Presentence Investigation Report on 8-9-22 & I am writing this on 8-11-22, and I have a few objections I wish to make, pertaining to the report. Also, I am beggin for your pardon for my miscommunication with my attorney & my delay of notice of objections. This next paper is the objections I wish to send to probation, I do not have the adress to probation so I'm asking if the court can make probation aware of my objections. Thank you for your time & consideration. Blessings to you & your loved ones!

—Destin Burks
9341503

To: Michelle B. Malko                                8-11-22
United States Probation Officer

Greetings & Blessings

At the arrival of this piece of paper, I wish you, your loved one's, & the department of probation, the best states physically, mentally & spiritually.

Moreless, I am writing before you in reference to Presentence Investigation Report. It is to my understanding that I have up to 14 days, after reciving the report to deliver, in writing to the probation department, any objections I have pertaining to the report giving. You sent the report to my attorney, which he went over it whith me via telephone, at which time we made no objections. However, a few weeks later the report was mailed to me & I realized there was important information in the report that was not discussed or explained to me by my attorney. I recieved the report on 8-9-22, I am writing this on 8-11-22 & underneath is what I wish to object to.

① First, I wish to object to the offense level computation, the addition of +4 levels being added for the specific offense characteristics to be exact (Paragraph 72). According to the report, it state's "The defendant used the ammunition cited in the offense of conviction in connection with another felony offense specifically attempted murder (Class B Felony) therefore, 4 levels are added". I did not plead guity to "using"

I pled guilty to simply possesing ammunition. Furthermore, it states "in connection with another felony offense." I have no other charges against me. The attempted murder mentioned above, was dropped & pursued. Therefore, I see no justification for 4 levels to be added.

The second objection I have, is in regard to paragraph #22 in the Presentence Investigation Report. I was giving 1 point for my criminal history for an offense that did not occur while I was an legal adult, I was 17 on the date of offense & I was charged as an Youthful Offender. Therefore, I believe 1 point should not be warranted.

My last objection is to paragraph 74. I believe me being incarsarated since the start of the covid-19 pandemic, being confined to an two-man cell due to modified-lockdown because of the pandemic, for 12 months. Due to the pandemic there was food shortages & supply shortages. I've contracted minor bacterial infections on numerous times, due to lack of chemical & being confined to unsanatized areas throughout the prison. Only being able to shower 2 times a week. I would consider that living under harsh conditions, I also suffer from deep depression & aniexty from loosing my father since being incarsarated & am currently under anti-depression medication. With those factors being stated, I believe an sentence outside (under) of the guideline system should be warranted. Once again pardon me for the miscommunication with me and my attorney & pardon me for the slight delay of notice. Thank you for your time, Blessings to you & your loved ones!

D. Burks
92415053

Destin Burks- 92415053
F.D.C Philadelphia
Federal Detention Center
PO Box-562
Philadelphia, PA 19105

The Honorable Judge
Allyne R. Ross
United States Eastern District Court
225 Cadman Plaza East
Brooklyn, New York 11201

PHILADELPHIA PA 190
25 AUG 2022 PM 7 L

11201-163299