BGK:TRP
F. #2020R00658

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

DESTIN BURKS,

          Defendant.

- - - - - - - - - - - - - - - - -X

FINAL ORDER OF FORFEITURE

20-CR-278 (ARR)

        WHEREAS, on or about October 8, 2021, Destin Burks (the "defendant"), entered a plea of guilty to the Sole Count of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1);

        WHEREAS, on January 11, 2022, this Court entered an Order of Forfeiture ("Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in: .40 caliber Smith & Wesson ammunition manufactured by CCI/Speer seized in Staten Island, New York on or about July 15, 2020 (the "Seized Ammunition") is forfeitable to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), as any firearm or ammunition involved in or used in the defendant's knowing violation of 18 U.S.C. § 922(g)(1), and/or substitute assets, pursuant to 21 U.S.C. § 853(p);

        WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning March 8, 2022, through and including April 6, 2022 (ECF No. 41); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Ammunition and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461, and the Preliminary Order, all right, title, and interest in the Seized Ammunition is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Ammunition in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail four (4) certified copies of this executed Final Order of Forfeiture to the United States

Attorney's Office, Eastern District of New York, Attn: Yvette Ramos, ProMinds Paralegal, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
       Sept 9, 2022

SO ORDERED:

/s/(ARR)
HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK